# Court of Appeals
# of the State of Georgia

ATLANTA, June 16, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0338. PAKGLOBAL LLC v. DAVID GARRETT.**

On May 18, 2023, Pakglobal LLC filed a notice of appeal from the trial court's April 21, 2023 final order granting summary judgment to David Garrett. On May 23, 2023, Paklobal filed an appellate brief and the case was improperly docketed in this Court as an application for discretionary appeal. Because this case was docketed in error, the application is hereby DISMISSED. The dismissal of this application has no bearing on the notice of appeal filed in the trial court on May 18, 2023.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/16/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
, *Clerk.*